IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 6:25-cr-00007 |
| VICENTE RODRIGUEZ (01) | |



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

FEB 1 2 2025

CLERK, U.S. DISTRICT COURT
By _____ Deputy

INDICTMENT

The Grand Jury Charges:

Count One
Illegal Re-Entry After Deportation
(Violation of 8 U.S.C. § 1326(a) and 6 U.S.C. §§ 202(3), 202(4), and 557)

On or about January 31, 2025, in the San Angelo Division of the Northern District of Texas, and elsewhere, **Vicente Rodriguez**, defendant, an alien, knowingly entered, attempted to enter, and was found in the United States of America after having been denied admission, excluded, deported, and removed therefrom at and near the Port of Departure at Laredo, Texas, on or about August 13, 2015, and not having received the express consent of the Attorney General of the United States and the Secretary of Homeland Security to apply for readmission to the United States since the time of his previous denial of admission, exclusion, deportation, and removal therefrom.

**Vicente Rodriguez**
**Indictment - Page 1**

In violation of Title 8, United States Code, Section 1326(a), and Title 6, United States Code, Sections 202(3), 202(4), and 557.

A TRUE BILL:

_____
FOREPERSON

CHAD E. MEACHAM
ACTING UNITED STATES ATTORNEY

_____
WHITNEY OHLHAUSEN
Assistant United States Attorney
Arkansas State Bar No. 2017137
500 Chestnut Street, Suite 601
Abilene, Texas 79602
Telephone: 325-271-6700
E-mail: whitney.ohlhausen@usdoj.gov

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

UNITED STATES OF AMERICA

v.

VICENTE RODRIGUEZ (01)

INDICTMENT

COUNT 1:    ILLEGAL RE-ENTRY AFTER DEPORTATION
Title 8, United States Code, Section 1326(a), Title 6, United States Code Sections 202(3), 202(4), and 557.
(1 COUNT)

A true bill rendered:

FORT WORTH                                          _____ Foreperson

Filed in open court this 12th day of February A.D. 2025.

                                                                    Clerk

DEFENDANT IN FEDERAL CUSTODY
Complaint 6:25-MJ-004-BU filed 02/03/25

_____
UNITED STATES MAGISTRATE JUDGE